# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **D.B.** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION FILE NO.:** |
| | * | |
| | * | **1:23-CV-00970-VMC** |
| **v.** | * | |
| | * | |
| **Ramkabir Investment Groups, Inc.** | * | |
| **d/b/a Travelodge by Wyndham** | * | |
| | * | |
| **Defendant.** | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, D.B., and Defendant, Ramkabir Investment Groups, Inc. d/b/a Travelodge by Wyndham ("Ramkabir") and, being all of the parties to this action, respectfully give notice that the parties have voluntarily agreed to a settlement of all claims asserted by Plaintiff and jointly stipulate and agree pursuant to Rule 41(a), Federal Rules of Civil Procedure, that this action, and each and every count and claim asserted therein, be dismissed with prejudice, with each party to bear their own costs, expenses and fees.

Respectfully submitted this 7th day of February, 2024.

1

NICOLSON LAW GROUP

/s/ Kevin M. O'Brien
KEVIN M. O'BRIEN
Radnor Financial Center
150 N. Radnor Chester Road
Suite E150
Radnor, PA 19087
obrien@nicolsonlawgroup.com
p: (610) 891-0300
f: (610) 891-0333

/s/ Thomas S. Hiley
THOMAS S. HILEY
Georgia Bar No. 142074
3824 Land O Lakes Dr NE
Atlanta, GA 30342
hiley@nicolsonlawgroup.com
p: (205) 567-1311
*Attorneys for Defendant*
*Ramkabir Investment Groups,*
*Inc. d/b/a Travelodge by*
*Wyndham*

/s/ Matthew B. Stoddard
Matthew B. Stoddard
Ga. Bar No.: 558215
M. Janine Bell
Ga. Bar No.: 538932
THE STODDARD FIRM
1534 N Decatur Road
Atlanta, GA 30307
P: 470-467-2200
matt@legalhelpga.com
janine@legalhelpga.com
*Attorneys for Plaintiff D.B.*

2

## <u>CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that I have this 7th day of February, 2024 filed the within and

foregoing *Joint Stipulation of Dismissal* via CM/ECF, which automatically sends

an electronic copy to the following counsel of record and that the filing was prepared

in double-spaced 14-point Times New Roman in compliance with L.R. 5.1.

Matthew B. Stoddard, Esquire
M. Janine Bell, Esquire
The Stoddard Firm
1534 N. Decatur Road
Atlanta, GA 30307
P: 470-467-2200
matt@legalhelpga.com
janine@legalhelpga.com
*Attorneys for Plaintiff*

NICOLSON LAW GROUP

/s/ Kevin M. O'Brien
KEVIN M. O'BRIEN
Radnor Financial Center
150 N. Radnor Chester Road
Suite E150
Radnor, PA 19087
obrien@nicolsonlawgroup.com
p: (610) 891-0300
f: (610) 891-0333

3

/s/ Thomas S. Hiley
THOMAS S. HILEY
Georgia Bar No. 142074
3824 Land O Lakes Dr NE
Atlanta, GA 30342
hiley@nicolsonlawgroup.com
p: (205) 567-1311

/s/ Matthew B. Stoddard
Matthew B. Stoddard
Ga. Bar No.: 558215
M. Janine Bell
Ga. Bar No.: 538932
THE STODDARD FIRM
1534 N Decatur Road
Atlanta, GA 30307
P: 470-467-2200
matt@legalhelpga.com
janine@legalhelpga.com

4